1  PHILLIP A. TALBERT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-MC-000270-WBS-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $340,100.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $200,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $85,553.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $46,657.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $18,650.00 IN U.S. CURRENCY, and | |
| ASSORTED JEWELRY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Owen Coumas ("Coumas") and Black Diamond Boutique and Gallery, LLC ("Black Diamond"), by and through their respective counsel, as follows:

1.  On or about August 9, 2021, claimants Coumas and Black Diamond filed claims in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the

1

Approximately $340,100.00 in U.S. Currency, Approximately $200,000.00 in U.S. Currency, Approximately $85,883.00 in U.S. Currency, Approximately $46,657.00 in U.S. Currency, Approximately $18,650.00 in U.S. Currency and the Assorted Jewelry (hereafter "defendant assets"), which were seized on May 11, 2021.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 7, 2021.

4. By Stipulation and Order filed November 8, 2021, the parties stipulated to extend to December 7, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5. By Stipulation and Order filed December 8, 2021, the parties stipulated to extend to February 7, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6. By Stipulation and Order filed February 4, 2022, the parties stipulated to extend to April 8, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7. By Stipulation and Order filed April 7, 2022, the parties stipulated to extend to June 7, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the

defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8. By Stipulation and Order filed June 6, 2022, the parties stipulated to extend to August 5, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

9. By Stipulation and Order filed August 8, 2022, the parties stipulated to extend to October 4, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10. By Stipulation and Order filed October 5, 2022, the parties stipulated to extend to December 3, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

11. By Stipulation and Order filed December 5, 2022, the parties stipulated to extend to January 31, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

12. By Stipulation and Order filed February 2, 2023, the parties stipulated to extend to March 31, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

13. By Stipulation and Order filed March 31, 2023, the parties stipulated to extend to May 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

14. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to July 28, 2023, the time in which the United States is required to file a civil complaint for

forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

15.   Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to July 28, 2023.

Dated: 5/25/23

PHILLIP A. TALBERT
United States Attorney

By:   /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 5/25/23

/s/ Linda M. Parisi
LINDA M. PARISI
Attorney for potential claimants
Owen Coumas and Black Diamond
Boutique and Gallery, LLC

(Signature authorized by email)

IT IS SO ORDERED.

Dated:  May 30, 2023

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE