MICHELE BECKWITH
Acting United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:21-MC-00270-WBS-CKD |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $340,100.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $200,000.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $85,553.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $46,657.00 IN U.S. CURRENCY, | |
| APPROXIMATELY $18,650.00 IN U.S. CURRENCY, AND | |
| ASSORTED JEWELRY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and potential claimants Owen Coumas ("Coumas") and Black Diamond Boutique and Gallery, LLC ("Black Diamond"), by and through their respective counsel, as follows:

1.      On or about August 9, 2021, claimants Coumas and Black Diamond filed claims in the administrative forfeiture proceedings with the Drug Enforcement Administration with respect to the

1

Approximately $340,100.00 in U.S. Currency, Approximately $200,000.00 in U.S. Currency, Approximately $85,883.00 in U.S. Currency, Approximately $46,657.00 in U.S. Currency, Approximately $18,650.00 in U.S. Currency and the Assorted Jewelry (hereafter "defendant assets"), which were seized on May 11, 2021.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant assets under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimants have filed a claim to the defendant assets as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was November 7, 2021.

4.      By Stipulation and Order filed November 8, 2021, the parties stipulated to extend to December 7, 2021, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

5.      By Stipulation and Order filed December 8, 2021, the parties stipulated to extend to February 7, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

6.      By Stipulation and Order filed February 7, 2022, the parties stipulated to extend to April 8, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

7.      By Stipulation and Order filed April 7, 2022, the parties stipulated to extend to June 7, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the

2

defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

8.    By Stipulation and Order filed June 6, 2022, the parties stipulated to extend to August 5, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

9.    By Stipulation and Order filed August 8, 2022, the parties stipulated to extend to October 4, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

10.    By Stipulation and Order filed October 5, 2022, the parties stipulated to extend to December 3, 2022, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

11.    By Stipulation and Order filed December 5, 2022, the parties stipulated to extend to January 31, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

12.    By Stipulation and Order filed February 2, 2023, the parties stipulated to extend to March 31, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

13.    By Stipulation and Order filed March 31, 2023, the parties stipulated to extend to May 30, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

14.    By Stipulation and Order filed May 31, 2023, the parties stipulated to extend to July 28, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the

defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

15.    By Stipulation and Order filed July 26, 2023, the parties stipulated to extend to October 23, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

16.    By Stipulation and Order filed October 25, 2023, the parties stipulated to extend to December 22, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

17.    By Stipulation and Order filed December 15, 2023, the parties stipulated to extend to February 20, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

18.    By Stipulation and Order filed February 28, 2024, the parties stipulated to extend to April 19, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

19.    By Stipulation and Order filed April 19, 2024, the parties stipulated to extend to June 18, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

20.    By Stipulation and Order filed June 18, 2024, the parties stipulated to extend to August 16, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

21.    By Stipulation and Order filed August 15, 2024, the parties stipulated to extend to September 16, 2024, the time in which the United States is required to file a civil complaint for

forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

22.    By Stipulation and Order filed September 17, 2024, the parties stipulated to extend to October 16, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

23.    By Stipulation and Order filed October 28, 2024, the parties stipulated to extend to November 15, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

24.    By Stipulation and Order filed November 18, 2024, the parties stipulated to extend to December 16, 2024, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

25.    By Stipulation and Order filed December 13, 2024, the parties stipulated to extend to January 15, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

26.    By Stipulation and Order filed January 16, 2025, the parties stipulated to extend to February 14, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

27.    By Stipulation and Order filed February 14, 2025, the parties stipulated to extend to March 17, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

28.    By Stipulation and Order filed March 17, 2025, the parties stipulated to extend to April 16, 2025, the time in which the United States is required to file a civil complaint for forfeiture against

Stipulation to Extend Time to File Complaint

the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

29.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to May 16, 2025, the time in which the United States is required to file a civil complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture.

30.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant assets and/or to obtain an indictment alleging that the defendant assets are subject to forfeiture shall be extended to May 16, 2025.

Dated: 4/16/2025                              MICHELE BECKWITH
                                             Acting United States Attorney

                                  By:    /s/ Kevin C. Khasigian
                                         KEVIN C. KHASIGIAN
                                         Assistant U.S. Attorney

Dated: 4/16/2025                         /s/ Linda M. Parisi
                                         LINDA M. PARISI
                                         Attorney for potential claimants
                                         Owen Coumas and Black Diamond
                                         Boutique and Gallery, LLC
                                         (Signature authorized by phone)

        IT IS SO ORDERED.

Dated:  April 17, 2025

                                         WILLIAM B. SHUBB
                                         UNITED STATES DISTRICT JUDGE